UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-                                                Case No.  3:13-cr-121

JIMIONA S. DILLARD,

        Defendant.

---

### ORDER GRANTING MOTION TO DISMISS; TERMINATION ENTRY

---

On or about February 4, 2014, the United States filed an unopposed motion to dismiss without prejudice the indictment against Jimiona S. Dillard. The Court hereby GRANTS the motion of the United States and orders the dismissal without prejudice of the indictment against Jiminona S. Dillard.

**DONE** and **ORDERED** in Dayton, Ohio, this 6th day of February 2014.

                                                        THOMAS M. ROSE
                                                        UNITED STATES DISTRICT JUDGE